**UNITED STATES of America Plaintiff-Appellee**

v.

**Jakheeno STEWART Defendant-Appellant**

**No. 17-2304**

United States Court of Appeals, Eighth Circuit.

Submitted: March 9, 2018

Filed: March 14, 2018

Hunter Bridges, Assistant U.S. Attorney, Eastern District of Arkansas, Little Rock, AR, for Plaintiff-Appellee

Jakheeno Stewart, Pro Se

Before GRUENDER, BOWMAN, and ERICKSON, Circuit Judges.

PER CURIAM.

Jakheeno Stewart appeals from the sentence imposed by the District Court[1] after he pleaded guilty to a gun charge. His counsel has moved to withdraw and has submitted a brief under <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), questioning the reasonableness of Stewart's sentence.

After review, we conclude that the district court did not impose an unreasonable sentence. There was no indication that it overlooked a relevant 18 U.S.C. § 3553 factor or committed a clear error of judgment in weighing relevant factors. <u>See</u> <u>Gall v. United States</u>, 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007) (standard of review). We have independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and we find no nonfrivolous issues for appeal. We affirm the sentence and grant counsel leave to withdraw.

---

1. The Honorable James M. Moody, Jr., United States District Judge for the Eastern District of Arkansas.